```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 18-00102-RNO
Raymond C. Lewis                                                         Chapter 13
Verna Lewis
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                 Page 1 of 2          Date Rcvd: Mar 08, 2018
                              Form ID: ntcnfhrg             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db/jdb         Raymond C. Lewis,    Verna Lewis,    P.O. Box 387,    Shawnee on Delaware, PA   18356-0387
5010739        Barclays Bank Delaware,    100 S West St,    Wilmington, DE   19801-5015
5010738        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE   19899-8803
5010740        Capital One Bank (USA) N.A.,    P.O. Box 71083,    Charlotte, NC   28272-1083
5010741        Chase Mortgage,    P.O. Box 78420,    Phoenix, AZ   85062-8420
5010742        Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     PO Box 790040,
                Saint Louis, MO   63179-0040
5010743        Computer Credit Inc.,    640 West Fourth St., P.O. Box 5238,    Claim Dept. 003755,
                Winston-Salem, NC   27113-5238
5010747        Delta Dental of PA,    PO Box 660138,    Dallas, TX   75266-0138
5032032       +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD   57104-0493
5010748        Dsnb Macys,    PO Box 8218,    Mason, OH   45040-8218
5010749        EOS CCA,   PO Box 981002,    Boston, MA   02298-1002
5010750        EZ Pass,    New York Service Center,    PO Box 15187,    Albany, NY   12212-5187
5010753       ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management,     1130 Northchase Parkway, Suite 150,
                Marietta, GA   30067-0000)
5010752       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
5010751        First Premier Bank,    PO Box 5524,    Sioux Falls, SD   57117-5524
5010755        Geisinger Health Plan,    PO Box 827502,    Philadelphia, PA   19182-7502
5010756       +Hayt, Hayt & Landau LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
5010758        KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA   19106-1541
5010757        Kay Jewelers/Gfs,    PO Box 4480,    Beaverton, OR   97076-4480
5010760       ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
               (address filed with court: Lendmark Financial Ser,     2118 Usher St NW,
                Covington, GA   30014-2434)
5010759        Lehigh Valley Hospital - Pocono,    206 E Brown St,    East Stroudsburg, PA   18301-3006
5010761        Leroys Jewelers,    Sterling Jewelers, Inc/Attn: Bankruptcy,     PO Box 1799,
                Akron, OH   44309-1799
5010735        Lewis Raymond & Verna,    127 Knob Ln,    Shawnee on Delaware, PA   18356-0387
5010762        Lvnv Funding LLC,    PO Box 1269,    Greenville, SC   29602-1269
5027263       +Met Ed,    FirstEnergy,   101 Crawford's Corner Rd,    Bldg 1 Suite 1-511,
                Holmdel NJ 07733-1976
5010771        PP&L Electric Utilities,    P.O. Box 25239,    Lehigh Valley, PA   18002-5239
5010768        Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA   17104-3425
5010769        Penn Estates Property Owners Association,    525 Penn Estates Dr,    East Stroudsburg, PA   18301
5010772        Raymour & Flanigan,    7248 Morgan Rd,    Liverpool, NY   13090-4535
5010776        Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO   80129-2386
5010777        Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
                Littleton, CO   80163-6005
5010780        Td Auto Finance,    PO Box 9223,    Farmington Hills, MI   48333-9223
5010781        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD   57117-6497
5010782        Trans-Continental Credit & Collection Co,    P.O. Box 5055,    White Plains, NY   10602-5055
5015380       +U.S. Bank National Association Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
5010783       +US Asset Management Inc,    700 Longwater Drive,    Norwell, MA 02061-1624
5010784        Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    PO Box 8053,
                Mason, OH   45040-8053
5010785        Water Services Corporation,    40 Bruckner Blvd # 6,    Bronx, NY   10454-4496
5010786       +World Financial Capital Bank,    PO Box 182273,    Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5010737       +E-mail/Text: g20956@att.com Mar 08 2018 19:11:23      AT&T Mobility,    P.O. Box 537104,
                Atlanta, GA 30353-7104
5010736        E-mail/Text: csr@theaffiliatedgroup.com Mar 08 2018 19:11:31      Affiliated Credit Serv,
                PO Box 7739,    Rochester, MN   55903-7739
5010744        E-mail/PDF: creditonebknotifications@resurgent.com Mar 08 2018 19:12:13
                Credit One Bank N.A.,    PO Box 740237,    Atlanta, GA   30374-0237
5010745        E-mail/PDF: creditonebknotifications@resurgent.com Mar 08 2018 19:12:11      Credit One Bank NA,
                PO Box 98873,    Las Vegas, NV   89193-8873
5010746        E-mail/PDF: creditonebknotifications@resurgent.com Mar 08 2018 19:11:58      Credit One Bank NA,
                PO Box 98875,    Las Vegas, NV   89193-8875
5010754       +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 19:12:19      Ge Money Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
5010763        E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2018 19:11:05      Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA   92108-2709
5014628       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2018 19:11:05      Midland Funding, LLC,
                Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                Warren, MI 48090-2011
5010764        E-mail/Text: bnc@nordstrom.com Mar 08 2018 19:10:38      Nordstrom FSB,
                ATTN: Bankruptcy Department,    PO Box 6555,    Englewood, CO   80155-6555
```

```
District/off: 0314-5          User: MMchugh            Page 2 of 2           Date Rcvd: Mar 08, 2018
                              Form ID: ntcnfhrg        Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5010765        E-mail/Text: bnc@nordstrom.com Mar 08 2018 19:10:38      Nordstrom/Td Bank USA,
               13531 E Caley Ave,    Englewood, CO  80111-6504
5010766       +Fax: 407-737-5634 Mar 08 2018 19:41:31      Ocwen Loan Servicing L,    1661 Worthington Rd,
               West Palm Beach, FL 33409-6493
5010767        Fax: 407-737-5634 Mar 08 2018 19:41:31      Ocwen Loan Servicing, LLC,
               Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Beach, FL  33409-6493
5010770        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 19:12:23
               Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
5015542        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 19:12:08
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5010863       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 19:12:09
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5022089        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2018 19:10:52
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
5028529       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 08 2018 19:11:13      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5010773        E-mail/Text: jennifer.chacon@spservicing.com Mar 08 2018 19:11:37
               Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT  84165-0250
5010774        E-mail/Text: jennifer.chacon@spservicing.com Mar 08 2018 19:11:37      Select Portfolio Svcin,
               PO Box 65250,    Salt Lake City, UT  84165-0250
5010775        E-mail/Text: clientservices@simonsagency.com Mar 08 2018 19:11:28      Simons Agency Inc,
               4963 Wintersweet Dr,    Liverpool, NY  13088-2176
5010778        E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 19:11:50      Syncb/Walmart,    PO Box 965024,
               Orlando, FL  32896-5024
5010779        E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 19:12:04      Synchrony Bank/Walmart,
               Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee for Bear
           Stearns Asset Backed Securities I Trust 2005-AC4, Asset Backed Certificates, Series 2005-AC4
           bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et.Al
           pamb@fedphe.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
          Patrick James Best    on behalf of Debtor 1 Raymond C. Lewis patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com
          Patrick James Best    on behalf of Debtor 2 Verna  Lewis patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Raymond C. Lewis  
Verna Lewis

Debtor(s)

Chapter 13

Case No. 5:18−bk−00102−RNO

# Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2018 |