# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RAYMOND C. LEWIS

          VERNA LEWIS


          Debtor(s)

                                    CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant                           CASE NO: 5-18-00102-RNO

      vs.

RAYMOND C. LEWIS
  VERNA LEWIS


          Respondent(s)

## <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

COMES NOW, on December 3, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   <u>December 3, 2020</u>                Respectfully submitted,

                                        <u>/s/   Agatha R. McHale, Esquire</u>
                                        <u>ID: 47613</u>
                                        Attorney for Movant
                                        Charles J. DeHart, III
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RAYMOND C. LEWIS
              VERNA LEWIS

                    CHAPTER 13

              Debtor(s)


              CHARLES J. DEHART, III
              CHAPTER 13 TRUSTEE         CASE NO: 5-18-00102-RNO
                    Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

              January 6, 2021 at 09:30 AM
              U.S. Bankruptcy Court
              Max Rosenn U.S. Courthouse
              197 S. Main Street
              Wilkes Barre, PA


YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1967.07**
**AMOUNT DUE FOR THIS MONTH:  $800.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2767.07**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
              **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

        If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 3, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RAYMOND C. LEWIS

VERNA LEWIS                                         CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III                     CASE NO: 5-18-00102-RNO
CHAPTER 13 TRUSTEE
Movant

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

PATRICK J BEST, ESQUIRE                          UNITED STATES TRUSTEE
ANDERS RIEGEL & MASINGTON                        SUITE 1190
18 N 8TH STREET                                  228 WALNUT STREET
STROUDSBURG, PA  18360-                          HARRISBURG, PA  17101

Served by First Class Mail

RAYMOND C. LEWIS
VERNA LEWIS
P.O. BOX 387
SHAWNEE ON DELAWARE, PA  18356-0387


I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 3, 2020

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    RAYMOND C. LEWIS
           VERNA LEWIS

                                       CHAPTER 13

               Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                  Movant                  CASE NO: 5-18-00102-RNO

           vs.

           RAYMOND C. LEWIS          MOTION TO DISMISS
           VERNA LEWIS

**<u>ORDER DISMSSING CASE</u>**

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.