UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Raymond C Lewis
Verna Lewis

Case No.: 5-18-00102MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | PHH Mortgage Co |
| Court Claim Number: | 19 |
| Last Four of Loan Number: | 5866 |
| Property Address if applicable: | 387 Hollow Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $629.48 |
| b. | Prepetition arrearages paid by the trustee: | $629.48 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $629.48 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 25, 2023

                                                        Respectfully submitted,

                                                        /s/ Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee
                                                        Suite A, 8125 Adams Drive
                                                        Hummelstown, PA  17036
                                                        Phone:  (717) 566-6097
                                                        Fax:  (717) 566-8313
                                                        email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Raymond C Lewis  Case No.: 5-18-00102MJC
     Verna Lewis

                                    Chapter 13

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Patrick J. Best, Esquire
Anders Riegel & Masington
18 N. 18th St
Stroudsburg PA 18360

**Served by First Class Mail**
PHH Mortgage Corporation
Bankruptcy Department
PO Box 24605
West Palm Beach FL 33416-4605

Raymond C Lewis
Verna Lewis
387 Hollow Rd
Shawnee On Delaware PA 18356-0387

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 25, 2023                                     /s/ Liz Joyce
                                                                    Office of the Standing Chapter 13 Trustee
                                                                    Jack N. Zaharopoulos
                                                                    Suite A, 8125 Adams Dr.
                                                                    Hummelstown, PA 17036
                                                                    Phone: (717) 566-6097
                                                                    email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-00102   RAYMOND C. LEWIS

**PHH MORTGAGE CORPORATION**
P.O. BOX 371458
PITTSBURGH, PA   15250-7

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 387 Hollow Rd - PRE-ARREAR
ARREARS - 387 HOLLOW ROAD

| | | |
|---|---|---|
| Amt Sched: $166,063.00 | Debt: $629.48 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $629.48 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PHH MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | PHH MORTGAGE CORPORATION | | 02/15/2023 | 2022083 | $16.70 | $0.00 | $16.70 | 03/13/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 01/18/2023 | 2021079 | $16.70 | $0.00 | $16.70 | 02/06/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 11/16/2022 | 2019130 | $16.70 | $0.00 | $16.70 | 01/05/2023 |
| 520-0 | PHH MORTGAGE CORPORATION | | 10/18/2022 | 2018097 | $17.61 | $0.00 | $17.61 | 11/07/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 09/13/2022 | 2017027 | $17.62 | $0.00 | $17.62 | 09/26/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 08/17/2022 | 2016022 | $17.61 | $0.00 | $17.61 | 08/25/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 07/13/2022 | 2014949 | $16.39 | $0.00 | $16.39 | 07/27/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 06/14/2022 | 2013983 | $16.40 | $0.00 | $16.40 | 06/22/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 05/17/2022 | 2012951 | $16.39 | $0.00 | $16.39 | 05/31/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 04/12/2022 | 2011870 | $16.39 | $0.00 | $16.39 | 04/22/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 02/16/2022 | 2009862 | $16.39 | $0.00 | $16.39 | 02/28/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 01/19/2022 | 2008891 | $16.40 | $0.00 | $16.40 | 01/31/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 12/15/2021 | 2007877 | $16.39 | $0.00 | $16.39 | 01/04/2022 |
| 520-0 | PHH MORTGAGE CORPORATION | | 11/16/2021 | 2006856 | $16.39 | $0.00 | $16.39 | 11/30/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | PHH MORTGAGE CORPORATION | | 10/14/2021 | 2005826 | $16.89 | $0.00 | $16.89 | 10/27/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 09/14/2021 | 2004780 | $16.87 | $0.00 | $16.87 | 09/28/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 08/18/2021 | 2003779 | $16.87 | $0.00 | $16.87 | 08/31/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 07/14/2021 | 2002707 | $16.89 | $0.00 | $16.89 | 07/28/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 06/16/2021 | 2001731 | $16.87 | $0.00 | $16.87 | 06/29/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 05/18/2021 | 2000729 | $16.34 | $0.00 | $16.34 | 06/02/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 04/15/2021 | 1229348 | $16.33 | $0.00 | $16.33 | 04/28/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 03/17/2021 | 1228338 | $16.35 | $0.00 | $16.35 | 03/29/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 02/17/2021 | 1227320 | $16.34 | $0.00 | $16.34 | 03/02/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 01/19/2021 | 1226302 | $56.51 | $0.00 | $56.51 | 02/04/2021 |
| 520-0 | PHH MORTGAGE CORPORATION | | 12/10/2020 | 1224518 | $16.34 | $0.00 | $16.34 | 12/18/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | | 11/03/2020 | 1223553 | $16.15 | $0.00 | $16.15 | 11/20/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | V | 10/22/2020 | 1219649 | ($16.15) | $0.00 | ($16.15) | 10/22/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | | 10/15/2020 | 1222742 | $16.16 | $0.00 | $16.16 | 10/27/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | | 09/17/2020 | 1221748 | $32.32 | $0.00 | $32.32 | 09/29/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | | 07/07/2020 | 1219649 | $16.15 | $0.00 | $16.15 | 10/22/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | | 05/06/2020 | 1217648 | $16.17 | $0.00 | $16.17 | 05/19/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | | 04/14/2020 | 1216632 | $16.75 | $0.00 | $16.75 | 04/29/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | | 03/12/2020 | 1215353 | $33.50 | $0.00 | $33.50 | 03/31/2020 |
| 520-0 | PHH MORTGAGE CORPORATION | | 01/16/2020 | 1212690 | $16.76 | $0.00 | $16.76 | 02/03/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PHH MORTGAGE CORPORATION | | 11/07/2019 | 1209959 | $24.99 | $0.00 | $24.99 | 12/06/2019 |
| | | | | Sub-totals: | $629.48 | $0.00 | $629.48 | |
| | | | | Grand Total: | $629.48 | $0.00 | | |